# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**MICHAEL MAZZEO**
                                        *Plaintiff*

                    VS.                          5:05-CV-1598 (NAM) (DEP)

**STATE OF NY DOH; ATTONIA NOVELLO; DENNIS WHALEN; JAMES HORAN; BUREAU OF ADJUDICATION; TYRONE BUTLER; ROY NEMERSON; STATE OF NY doh; LENI KLAIMIT; ANSEL MARKS; MR. AXELROD; NEW YORK STATE DOH BUREAU OF ACCOUNT MANAGEMENT; RICHARD ASHLEY; LINDA LEWIS; and DANIEL MORRISON**

                                        *Defendants'*

[X] **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this action is hereby dismissed due to plaintiff's failure to comply with the Court Order.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated the 8th day of June, 2006.


**AUGUST 18 , 2006**                           **LAWRENCE K. BAERMAN**
_____                 _____

**DATE**                                        **CLERK OF COURT**

                                                s/
                                                _____

                                                **JOANNE BLESKOSKI**
                                                **DEPUTY CLERK**